UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- x

ANNE WEST,                                                      Civil Action No. 3:20-cv-00257-AVC

                  Plaintiff,

     -against-

THE WINE ENTHUSIAST, INC.,
                  Defendant.

------------------------------------------------------------- x

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.      Whereas Plaintiff Anne West filed the above-referenced case against Defendant The Wine Enthusiast, Inc. on February 25, 2020.

2.      Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

4.      Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks dismissal of the complaint with prejudice.

Dated: June 30, 2020                                   BLOCK & LEVITON LLP

                                                                          */s/ Stephen J. Teti*
                                                                          Stephen J. Teti (ct28885)
                                                                          steti@blockesq.com
                                                                          260 Franklin Street, Suite 1860
                                                                          Boston, MA 02110
                                                                          Phone: (617) 398-5600

                                                                          *Attorneys for Plaintiff*

-2-

**CERTIFICATE OF SERVICE**

    I, Stephen Teti, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 30th day of June, 2020.

                                                                                             */s/ Stephen Teti*